UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAQUEL CORNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:22-cv-1264 |
| v. | ) |
| | ) |
| SAM'S EAST, INC. and WAL-MART, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing parties Sam's East, Inc. and Wal-Mart, Inc., by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing parties Sam's East, Inc. and Wal-Mart, Inc. appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

## VENUE

1. Removal to the Southern District of Indiana, Terre Haute Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Terre Haute Division, embraces the County of Vigo, where the action was pending prior to the filing of this Notice of Removal.

**REMOVAL IS TIMELY**

2. On June 3, 2022, removing parties Sam's East, Inc. and Wal-Mart, Inc. were served by certified mail with a Summons and Complaint in the above-entitled action at the offices of their registered agent for service of process in Indiana, CT Corporation System. Therefore, removal is timely pursuant to 28 U.S.C. §1446(b)(1).

**STATE COURT PROCEEDINGS**

3. On May 27, 2022, Plaintiff Raquel Cornes (hereinafter "Plaintiff") filed her Complaint in the above-entitled action against Defendants in the Vigo County Superior Court in the State of Indiana, Cause No. 84D06-2205-CT-003277, and is now pending therein.

4. No further proceedings have been had in the Vigo County Superior Court.

5. Pursuant to S.D. Ind. L.R. 81-2(d), Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

**DIVERSITY JURISDICTION EXISTS**

6. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

7. Plaintiff is a citizen of the State of Indiana.

8. Defendants Sam's East, Inc. and Wal-Mart, Inc. are each Delaware corporations with their principal places of business in Arkansas.

9. Because Defendants are neither incorporated in Indiana nor have their principal place of business in Indiana, they are not citizens of the State of Indiana for purposes of diversity jurisdiction.

10. There is complete diversity of citizenship between the parties named in this case.

11. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

    a. Plaintiff claims to have suffered personal injuries, physical pain and mental suffering that will continue in the future resulting from the alleged incident. (Compl. ¶¶ 10, 12).

    b. Plaintiff claims past and future medical expenses, hospital expenses and prescription expenses resulting from the alleged incident. (Compl. ¶ 11).

    c. On June 8, 2022, Plaintiff's counsel submitted a demand advising as follows:

        i. Plaintiff sustained severe and permanent personal injuries as a result of the incident described in the Complaint;

        ii. Plaintiff experienced and continues to experience neck, back and hip pain related to the subject incident, and continues to require medication for same;

        iii. That Plaintiff's current claimed damages exceed $150,000.

12. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

13. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Terre Haute

Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

14. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Complaint for Damages; Appearance for Plaintiff; Summons to Sam's East, Inc, and Summons to Walmart, Inc.

15. Pursuant to S.D. Ind. L.R. 81-2(c), a copy of the operative Complaint is also attached hereto as a separate Exhibit to this Notice of Removal.

16. A copy of this Notice of Removal has been filed in the Vigo County Superior Court, and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing parties, Sam's East, Inc. and Wal-Mart, Inc., by counsel, respectfully request that the above-entitled action be removed from the Vigo County Superior Court to the United States District Court for the Southern District of Indiana, Terre Haute Division.

LEWIS WAGNER, LLP


By:   /s/Katherine S. Strawbridge
      KATHERINE S. STRAWBRIDGE, #30123-49
      MACIE L. HINEN, #36847-49
      *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Michael Thomas Ellis
ELLIS LAW OFFICES
417 Wabash Avenue
Terre Haute, IN 47807
*Counsel for Plaintiff*

                                              */s/ Katherine S. Strawbridge*
                                              KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:   317-237-0500
Facsimile:   317-630-2790
kstrawbridge@lewiswagner.com
mhinen@lewiswagner.com