# REMOVAL TO FEDERAL COURT

# STATE COURT RECORD

STATE OF INDIANA

Vigo County Superior Court

84D06-2205-CT-003277

RAQUEL CORNES

v.

SAM'S EAST, INC. and WAL-MART, INC.

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Raquel Cornes v. Walmart Inc., Sam's East, Inc.

| Case Number | 84D06-2205-CT-003277 |
|---|---|
| Court | Vigo Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 05/27/2022 |
| Status | 05/27/2022 , Pending  (active) |

## Parties to the Case

**Defendant   Walmart Inc.**

Address
c/o CT Corporation System
334 N Senate Ave
Indianapolis, IN 46204

**Defendant   Sam's East, Inc.**

Address
c/o CT Corporation Systems
334 N Senate Ave
Indianapolis, IN 46204

**Plaintiff   Cornes, Raquel**

Address
1444 S 6th St
Terre Haute, IN 47802

Attorney
Michael Thomas Ellis
*#853784, Retained*

417 Wabash Avenue
Terre Haute, IN 47807
812-234-9000(W)

## Chronological Case Summary

| 05/27/2022 | **Case Opened as a New Filing** |
|---|---|

| 05/31/2022 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages hb |
| | Filed By:         Cornes, Raquel |
| | File Stamp:    05/27/2022 |

| 05/31/2022 | **Appearance Filed** |
|---|---|
| | Appearance of Michael Thomas Ellis hb |
| | For Party:       Cornes, Raquel |
| | File Stamp:    05/27/2022 |

| 05/31/2022 | **Document Filed** | | |
|---|---|---|---|
| | Request for Jury Trial hb | | |
| | Filed By: | Cornes, Raquel | |
| | File Stamp: | 05/27/2022 | |

| 05/31/2022 | **Subpoena/Summons Filed** | | |
|---|---|---|---|
| | Summons for Sam's East, Inc. hb | | |
| | Filed By: | Cornes, Raquel | |
| | File Stamp: | 05/27/2022 | |

| 05/31/2022 | **Subpoena/Summons Filed** | | |
|---|---|---|---|
| | Summons for Walmart Inc. hb | | |
| | Filed By: | Cornes, Raquel | |
| | File Stamp: | 05/27/2022 | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Cornes, Raquel

Plaintiff

**Balance Due** (as of 06/24/2022)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 05/31/2022 | Transaction Assessment | 157.00 |
| 05/31/2022 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA
VIGO SUPERIOR COURT
2022 TERM

84D06-2205-CT-003277

**RAQUEL CORNES,**
    **Plaintiff,**

CAUSE NO.:   84D0_ 2205
CT _____

vs.

DIV.:   1 / 2 / 3 / 6

**SAM'S EAST, INC. and**
**WALMART INC.,**
    **Defendants.**

# COMPLAINT FOR DAMAGES

Comes now the Plaintiff, RAQUEL CORNES, by and through his Attorney of Record, ELLIS LAW OFFICES by MICHAEL THOMAS ELLIS, Attorney at Law, and files her COMPLAINT FOR DAMAGES as follows:

1. That Plaintiff RAQUEL CORNES, hereinafter referred to as "CORNES" is a resident of the City of Terre Haute, Vigo County, Indiana;

2. That Defendants SAM'S EAST, INC. and WALMART INC, hereinafter collectively referred to as "WALMART", are both Foreign For-Profit Corporations, licensed to do business in the State of Indiana;

3. That WALMART operates Sam's Club No. 8135, hereinafter referred to as "SAM'S CLUB," located at 4350 South US Hwy 41, Terre Haute, IN 47802;

4. That the SAM'S CLUB is open to the general public for the purpose of purchasing consumer goods and maintains a shopping facility for guests;

5. That on or about Thursday, June 11, 2020, at or around 2:00 p.m., CORNES was shopping at SAM'S CLUB;

6. That upon entering the store, CORNES proceeded down one of the side aisles near the optometry department where, unbeknownst to her, an employee had recently been through the area on a motorized floor mopping machine which had left a trail of standing water;

///
///

7. CORNES was unaware that the machine had been through the area and was unaware of the standing water because there were no signs or other indicators regarding the potentially wet floor;

8. CORNES, while looking at merchandise in said aisle, stepped in a standing puddle of water and slipped, falling directly to the concrete floor;

9. After falling, CORNES noticed the motorized mopping machine, at that point unattended, in an adjacent aisle approximately fifty (50) feet away from her location;

10. That on said date and time, CORNES notified WALMART employees of her fall and completed an accident report detailing the conditions that led to her fall, to wit: the standing water left by the motorized mopping machine;

11. That as a direct and proximate result of WALMART's negligence, CORNES suffered personal injuries, medical expenses, hospital expenses, prescription expenses and said expenses are anticipated to continue in the future;

12. That as a direct and proximate result of WALMART's negligence, CORNES suffered and will continue to suffer physical and mental pain and suffering.

**WHEREFORE**, the Plaintiff, RAQUEL CORNES, by and through her Attorney of Record, ELLIS LAW OFFICES by MICHAEL THOMAS ELLIS, Attorney at Law, prays for damages against the Defendants, SAM'S EAST, INC. and WALMART INC., in an amount which will fairly compensate her for her injuries and damages.

**ELLIS LAW OFFICES**

**DATED:** 05/27/22                    BY:  **/S/MICHAEL THOMAS ELLIS**
                                             **MICHAEL THOMAS ELLIS,**
                                             **Attorney for Plaintiff,**
                                             **RAQUEL CORNES**

**MICHAEL THOMAS ELLIS, ESQ.**
**IN. ATT. NO.: 8537-84**
**c/o Ellis Law Offices**
**417 Wabash Avenue**
**Terre Haute, IN 47807**
**(812) 234-9000**

2

STATE OF INDIANA
VIGO SUPERIOR COURT
2022 TERM

84D06-2205-CT-003277

| | |
|---|---|
| **RAQUEL CORNES,** | **CAUSE NO.:**  84D0_ 2205 |
| **Plaintiff,** | **CT** _____ |
| vs. | **DIV.:**  1 / 2 / 3 / 6 |
| **SAM'S EAST, INC. and WALMART INC.,** | |
| **Defendants.** | |

## CIVIL APPEARANCE FORM

1. **PARTIES INFORMATION:**

   **DESIGNATION:**           **x**   Initiating,
                              ___ Responding, or
                              ___ Intervening;

   **PARTY:**                 RAQUEL CORNES
   **PARTY'S ADDRESS:**       1444 S 6TH St
                              Terre Haute, IN 47802
   **PARTY'S TELEPHONE NO.:** (812) 234-9000

2. **ATTORNEY INFORMATION:**

   **NAME:**                  MICHAEL THOMAS ELLIS
   **ATTORNEY NO.:**          8537-84
   **ADDRESS:**               417 Wabash Avenue
                              Terre Haute, IN  47807
   **TELEPHONE NO.:**         (812) 234-9000
   **FACSIMILE NO.:**         (812) 234-4323

3. **CASE TYPE:**             CT.

4. **FAX SERVICE:**           NO.

///
///
///
///
///
///
///

1

**5. CASE INVOLVES:**

| | | | | | |
|---|---|---|---|---|---|
| **A.** | Child Support Issues: | **Yes** | ___ | **No** | _x_ |
| **B.** | Protection Order: | **Yes** | ___ | **No** | _x_ |
| **C.** | Workplace Order: | **Yes** | ___ | **No** | _x_ |
| **D.** | No-contact Order: | **Yes** | ___ | **No** | _x_ |
| **E.** | Involuntary Commitment: | **Yes** | ___ | **No** | _x_ |
| **F.** | Related cases: | **Yes** | ___ | **No** | _x_ |

**6. OTHER PARTY MEMBERS:**   **Yes** _x_  **No** ___

    **A. PARTY:** Sam's East, Inc.
    **PARTY'S ADDRESS:** c/o CT Corporation Systems
    334 North Senate Ave
    Indianapolis, IN 46204
    **PARTY'S TELEPHONE NO.:**

    **B. PARTY:** Walmart Inc.
    **PARTY'S ADDRESS:** c/o CT Corporation Systems
    334 North Senate Ave
    Indianapolis, IN 46204
    **PARTY'S TELEPHONE NO.:**

**7. ADDITIONAL INFORMATION REQUIRED BY LOCAL RULE:** None.

**ELLIS LAW OFFICES**

**DATED:** 05/27/22       **BY:** /S/MICHAEL THOMAS ELLIS
    **MICHAEL THOMAS ELLIS,**
    **Attorney for Plaintiff,**
    **RAQUEL CORNES**

**MICHAEL THOMAS ELLIS, ESQ.**
**IN. ATT. NO.: 8537-84**
**c/o Ellis Law Offices**
**417 Wabash Avenue**
**Terre Haute, IN 47807**
**(812) 234-9000**

2

STATE OF INDIANA
VIGO SUPERIOR COURT
2022 TERM

84D06-2205-CT-003277

| | | |
|---|---|---|
| **RAQUEL CORNES,** | CAUSE NO.: | 84D0_ 2205 |
| **Plaintiff,** | | CT _____ |
| vs. | DIV.: | 1 / 2 / 3 / 6 |
| **SAM'S EAST, INC. and** | | |
| **WALMART INC.,** | | |
| **Defendants.** | | |

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, RAQUEL CORNES, by and through her Attorney of Record, ELLIS LAW OFFICES by MICHAEL THOMAS ELLIS. Attorney at Law, and hereby files their REQUEST FOR JURY TRIAL of the above-captioned cause.

                                                          **ELLIS LAW OFFICES**

**DATED:**   05/27/22           **BY:**   **/S/MICHAEL THOMAS ELLIS**
                                                          **MICHAEL THOMAS ELLIS,**
                                                          **Attorney for Plaintiff,**
                                                          **RAQUEL CORNES**

**MICHAEL THOMAS ELLIS, ESQ.**
**IN. ATT. NO.: 8537-84**
**c/o Ellis Law Offices**
**417 Wabash Avenue**
**Terre Haute, IN 47807**
**TEL. NO.: (812) 234-9000**
**FAX NO.:  (812) 234-4323**

**STATE OF INDIANA**
**VIGO SUPERIOR COURT**
**2022 TERM**

84D06-2205-CT-003277

| | |
|---|---|
| **RAQUEL CORNES,** | CAUSE NO.: 84D0_ 2205 |
|     **Plaintiff,** | CT _____ |
| **vs.** | DIV.: 1 / 2 / 3 / 6 |
| **SAM'S EAST, INC. and WALMART INC.,** | |
|     **Defendants.** | |

**DEFENDANT'S ADDRESS:**
Sam's East, Inc.
c/o CT Corporation Systems
334 N. Senate Ave
Indianapolis, IN 46204-1708

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You have been sued by the persons named "Plaintiff", in the Court stated above.  The nature of the suit against you is stated in the Complaint which is attached to this SUMMONS.  It also states the demand which the Plaintiff has made against you.  You must answer the Complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (twenty three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.  If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

**The following manner of service of SUMMONS is hereby designated:**

        5/31/2022

**DATED:**   05/____/22

via **CERTIFIED MAIL**

*Bradley M Newman*
**CLERK:**
    HB
**DEPUTY CLERK**

**ATTORNEY FOR PETITIONER:**
MICHAEL THOMAS ELLIS, ESQ.
IN. ATT. NO.: 8537-84
417 Wabash Avenue
Terre Haute, IN 47807
(812) 234-9000

**NAME AND ADDRESS OF COURT:**
Vigo County Superior Court
33 S. 3rd Street
Terre Haute, IN 47407
(812) 462-3211

[SEAL: VIGO COUNTY COURTS INDIANA]

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, **Donegal Insurance Co. c/o CT Corporation Systems, 334 N. Senate Ave, Indianapolis, IN 46204-1708** by U.S. Certified Mail, requesting a return receipt at the address furnished by the Plaintiff.

**DATED:**   05/___/22                   _____
                                          **CLERK**

**RETURN ON SERVICE OF PROCESS OF MAIL**

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT to the defendant, **Donegal Insurance Co. c/o CT Corporation Systems, 334 N. Senate Ave, Indianapolis, IN 46204-1708** as accepted by or on behalf of the Defendant on the _____ day of _____, 2022.

**DATED:**   05/___/22                   _____
                                          **CLERK**

**RETURN OF NON-SERVICE BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to defendant was returned to me showing that same was NOT accepted by the addressee on the _____ day of _____, 2022.

**DATED:**   05/___/22                   _____
                                          **CLERK**

**STATE OF INDIANA**
**VIGO SUPERIOR COURT**
**2022 TERM**

84D06-2205-CT-003277

| | |
|---|---|
| **RAQUEL CORNES,** | CAUSE NO.:  84D0_ 2205 |
| **Plaintiff,** | CT _____ |
| vs. | DIV.:  1 / 2 / 3 / 6 |
| **SAM'S EAST, INC. and WALMART INC.,** | |
| **Defendants.** | |

**DEFENDANT'S ADDRESS:**
Walmart Inc.
c/o CT Corporation Systems
334 N. Senate Ave
Indianapolis, IN 46204-1708

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You have been sued by the persons named "Plaintiff", in the Court stated above.  The nature of the suit against you is stated in the Complaint which is attached to this SUMMONS.  It also states the demand which the Plaintiff has made against you.  You must answer the Complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (twenty three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.  If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

**The following manner of service of SUMMONS is hereby designated:**

5/31/2022

**DATED:**  05/___/22

**via CERTIFIED MAIL**

*Bradley M Newman*

**CLERK:** HB

**DEPUTY CLERK**

**ATTORNEY FOR PETITIONER:**
MICHAEL THOMAS ELLIS, ESQ.
IN. ATT. NO.: 8537-84
417 Wabash Avenue
Terre Haute, IN 47807
(812) 234-9000

**NAME AND ADDRESS OF COURT**
Vigo County Superior Court
33 S. 3rd Street
Terre Haute, IN 47407
(812) 462-3211

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, **Donegal Insurance Co. c/o CT Corporation Systems, 334 N. Senate Ave, Indianapolis, IN 46204-1708** by U.S. Certified Mail, requesting a return receipt at the address furnished by the Plaintiff.

**DATED:**    05/___/22                  _____
                                                         **CLERK**

**RETURN ON SERVICE OF PROCESS OF MAIL**

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT to the defendant, **Donegal Insurance Co. c/o CT Corporation Systems, 334 N. Senate Ave, Indianapolis, IN 46204-1708** as accepted by or on behalf of the Defendant on the _____ day of _____, 2022.

**DATED:**    05/___/22                  _____
                                                         **CLERK**

**RETURN OF NON-SERVICE BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to defendant was returned to me showing that same was NOT accepted by the addressee on the _____ day of _____, 2022.

**DATED:**    05/___/22                  _____
                                                         **CLERK**